IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MIDLOTHIAN LABORATORIES, L.L.C., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.2:04cv836-WWO |
| PAMLAB, L.L.C., et al., | ) ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the defendants' motion to compel filed on August 1, 2005, and for good cause, it is

ORDERED that the motion be and hereby is DENIED as moot pursuant to the court's order entered August 19, 2005 (Doc. # 52).

DONE, this 7th day of October, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE