```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
            MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


MIDLOTHIAN LABORATORIES,     )
L.L.C.,                      )
                             )
    Plaintiff,                )
                             )
    v.                       )   CIVIL ACTION NO.
                             )     2:04cv836-MHT
PAMLAB, L.L.C., and PAN      )         (WO)
AMERICAN LABORATORIES,       )
L.L.C.,                      )
                             )
    Defendants.              )
```

ORDER

In accordance with the memorandum opinion entered this date, it is ORDERED as follows:

(1) Defendants Pamlab, L.L.C. and Pan American Laboratories, L.L.C.'s motion for summary judgment (Doc. No. 56) is granted on counts I, II, III, IV, and VI of plaintiff Midlothian Laboratories, L.L.C.'s complaint.

(2) Plaintiff Midlothian Laboratories, L.L.C.'s motion for summary judgment on count I of its complaint (Doc. No. 58) is denied.

(3) Judgment is entered in favor of defendants Pamlab, L.L.C. and Pan American Laboratories, L.L.C. and against plaintiff Midlothian Laboratories, L.L.C. on counts I, II, III, IV, and VI of its complaint.

(4) Plaintiff Midlothian Laboratories, L.L.C.'s motion for summary judgment on defendants Pamlab, L.L.C. and Pan American Laboratories, L.L.C.'s counterclaim (Doc. No. 61) is denied.  Said counterclaim will go to trial.

DONE, this the 28th day of August, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**