```
   IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

      MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

| | |
|---|---|
| MIDLOTHIAN LABORATORIES, L.L.C., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:04cv836-MHT |
| PAMLAB, L.L.C., and PAN AMERICAN LABORATORIES, L.L.C., ) ) ) ) | (WO) |
| Defendants. ) | |

### ORDER

It is ORDERED that the motions in limine (Doc. Nos. 91, 98, 113, 114, 115, and 118) are denied with leave to renew in light of the remaining claims in this case.

It is further ORDERED that the motion for hearing (Doc. No. 157) is denied.

DONE, this the 28th day of August, 2007.

            /s/ Myron H. Thompson
         UNITED STATES DISTRICT JUDGE