THE DISTRICT COURT OF THE UNITED STATES FOR THE

       MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


MIDLOTHIAN LABORATORIES,       )
L.L.C.,                        )
                               )
    Plaintiff,                 )
                               )  CIVIL ACTION NO.
    v.                         )   2:04cv836-MHT
                               )       (WO)
PAMLAB, L.L.C., and PAN        )
AMERICAN LABORATORIES,         )
L.L.C.,                        )
                               )
    Defendants.                )

                          JUDGMENT

   In accordance with the supplemental opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

   (1) Plaintiff Midlothian Laboratories, L.L.C.'s motion for reconsideration (Doc. No. 163) is granted.

   (2) The order entered on August 28, 2007 (Doc. No. 159), is vacated to the extent it provided that "Plaintiff Midlothian Laboratories, L.L.C.'s motion for summary judgment on defendants

    Pamlab, L.L.C. and Pan American Laboratories, L.L.C.'s counterclaim (Doc. No. 61) is denied" and that "Said counterclaim will go to trial."

(3) Plaintiff Midlothian Laboratories, L.L.C.'s motion for summary judgment on defendants Pamlab, L.L.C. and Pan American Laboratories, L.L.C.'s counterclaim (Doc. No. 61) is granted.

(4) Judgment is entered in favor of plaintiff Midlothian Laboratories, L.L.C. and against defendants Pamlab, L.L.C. and Pan American Laboratories, L.L.C. on their counterclaim.

It is further ORDERED that the parties are to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 12th day of September, 2007.

                /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE